CINCINNATI BAR ASSOCIATION *v.* STERN.

[Cite as *Cincinnati Bar Assn. v. Stern* (1997), 78 Ohio St.3d 533.]

(No. 96–2784—Submitted February 19, 1997—Decided June 11, 1997.)

534

*James C. Crowley IV* and *Kevin L. Swick,* for relator.

*Per Curiam.* We concur with the findings, conclusions, and recommendation of the board. Respondent is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.